1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR24-101RSL |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE |
| ALMEZAL, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Defendant Nejoom Almansuri's Stipulated "Motion to Continue Trial and Pretrial Motions Deadline" (Dkt. # 67). Ms. Almansuri's co-defendants joined his stipulated motion to continue trial (Dkts. # 67 ¶¶ 2.3, 2.4, # 73, # 74). Having considered the facts set forth in the motion, and defendants' knowing and voluntary waivers (Dkts. # 79, # 80, # 81, # 82, # 83), the Court finds as follows:

    1.    The Court adopts the facts set forth in the stipulated motion: in particular that this case is complex; it involves five co-defendants set to be tried together for 24 counts of mail fraud, resulting in at least $1,000,000 in losses. Discovery is likely to be voluminous, and defense counsel will need additional time to prepare for trial. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested between the current trial date of August 19, 2024, and the proposed trial date of September 8, 2025, is a reasonable period of delay. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, as defendants have requested more time to prepare for trial, to continue to investigate the matter, to gather evidence material to the defense, and to consider possible defenses. The additional time requested between the current trial date and the new trial date is necessary to provide counsel for the defendants the reasonable time necessary to prepare for trial, considering all of the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendants have signed waivers indicating that they have been advised of their right to a speedy trial and that, after consulting with counsel, they have knowingly and voluntarily waived that right and consented to the continuation of their trial to September 8, 2025.

IT IS HEREBY ORDERED that the trial date shall be continued from August 19, 2024 to September 8, 2025, and pretrial motions are to be filed no later than August 11, 2025;

IT IS FURTHER ORDERED that the period of time from the current trial date of August 19, 2024, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 23rd day of July.

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 3