UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DUNIA ALMEZAL, LAYLA ALMANSURI, SHAHAD ALMANSURI, RAGHAD ALMANSURI, and NEJOOM ALMANSURI,<br><br>                Defendants. | CASE NO. **2:24-cr-00101-RSL**<br><br>**ORDER ON MOTION TO MODIFY CONDITIONS OF RELEASE, DKT. 91** |

All Defendants jointly move the Court to modify their release orders in order to permit them to discuss a joint defense. Dkt. 91. The United States, *see* Dkt. 92, does not oppose the motion if the Court utilizes the following language, and also indicates defense counsel believes United States' proposal is reasonable:

> You shall not directly or indirectly discuss any case related information with any existing and/or future co-defendant(s) in this case, except that you may communicate with a codefendant in the presence of counsel as long as you are doing so in the context of a joint defense agreement.

The Court has considered the parties' pleadings and the record and **ORDERS**:

1.    Defendants' joint motion to modify conditions of release is granted as follows:

Defendants, herein, shall not directly or indirectly discuss any case related information with any existing and/or future co-defendant(s) in this case, except Defendants may

communicate with a named codefendant if that communication is in the presence of defense counsel and limited solely to communications regarding a joint defense agreement in this case.

2. All other conditions of release previously ordered shall remain in effect.

3. The Clerk shall provide copies of this order to counsel for all parties and to the United States Probation and Pretrial Office.

DATED this 9th day of December, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER ON MOTION TO MODIFY
CONDITIONS OF RELEASE, DKT. 91 - 2